**Huankai Gao v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**

| NO. | Seller ID | Seller Aliases |
|---|---|---|
| 1. | A109GK5KI6FSPS | shimengkongjian |
| 2. | A15M4ITLND4OWO | OUKEYI |
| 3. | A16QH7BWK4TBGY | Full Home Basics |
| 4. | A184LLL4SP9WPT | FUNTASTIC DIRECT |
| 5. | A18SOSUVRR4TRJ | Flight diary |
| 6. | A1EDRN248CCA21 | Afennk-Direct |
| 7. | A1EX7OYGKXATQY | WaMart |
| 8. | A1F1PLONIOPKP6 | tianquanquan |
| 9. | A1FFJ62817WZNJ | Fire Direct |
| 10. | A1O4EUK9PY11FJ | Luohe Cheyang Trading Company |
| 11. | A1OOCS7370UI5D | yhjfgp |
| 12. | A1QZM08WV5VHHU | American Cavalry |
| 13. | A1SDVLDCRGBKN9 | Xihaha |
| 14. | A1UQWPP05QAALW | Generation&Y |
| 15. | A1WI2II9FK2OI3 | DIY RESIN |
| 16. | A1YD0AQD98HGRT | YAN ZI |
| 17. | A1YQMXS8SKCWBC | The Korean guy |
| 18. | A21PFXV1VA3SZM | HFanUS |
| 19. | A23T6YE5VK3NEW | foshanshishundequrongguihongwangbaihuodian |
| 20. | A240GMJOYVK2R9 | Layy |
| 21. | A25DK2MEFPI9ZY | Alkinoos Products |
| 22. | A269W8ADF0OJIY | Micow |
| 23. | A27CYP5X2LNTIJ | Tyzest-team |
| 24. | A2FVK9A1THY21B | COC shop |

| 25. | A2I9GWIAAIQ477 | SVNVIOZ US |
|-----|----------------|------------|
| 26. | A2PPS4TKBDQH28 | Pitpat |
| 27. | A2RAEZH0P6S1MM | CRUDFVGD |
| 28. | A2S4R2WB8U7N46 | JHF Y store |
| 29. | A2TU0O5UNNH15D | Zhang Ni |
| 30. | A32YGJU5SB4PJE | cessimpro |
| 31. | A33I85QIG0Q6PL | Hoolicute |
| 32. | A37BSENRQ6IS5K | YMISII-US |
| 33. | A37HU9BG06ICAC | Feayea-Member |
| 34. | A384PC7GQJCJKH | USAILISI |
| 35. | A3A32TU3X0RYN1 | lezipap |
| 36. | A3DK1PPXLW4NAJ | wetnice |
| 37. | A3EI669NT7REMD | Save 90% Clearance Sale pimelu online store |
| 38. | A3KW6D0WQWKA3W | MengDu |
| 39. | A3NI40T4EXFCUU | CeFurisy |
| 40. | A3UN2L4SYVGRRG | Beria® |
| 41. | A4L4HW2B7OYEH | Rujun220 |
| 42. | A9579ELE4OOUQ | VichrockU |
| 43. | A95MIK9ANGHMJ | BD oX0SUU (Arrive Before Christmas) |
| 44. | AB0X5K85HXRYP | PENGBIRDDA |
| 45. | AC33I5FY7IM5H | Rilceyir |
| 46. | ACP4GI9TGQS9Q | JIONGRUAN |
| 47. | ACRUAITM9567E | Kangsun |
| 48. | ADY5JZA1P28VN | DEBBAX |
| 49. | AF9AXQLS524MF | Eillion |
| 50. | AHCOI4J36JFEB | LilBitbaby |
| 51. | AIKPJ1J3AXXTG | wptec |

| | | |
|---|---|---|
| 52. | AK034YG0NGWAK | OU LOVE |
| 53. | AMWFHHLDL05HZ | JoySpot |
| 54. | APM93QZVKE25W | RASHNA TRADERS |
| 55. | ARW4DE20WP7AV | Dance Pig |
| 56. | AS153QEMDBJDO | Huaqianglianghu |
| 57. | AUX6P1NHE7H41 | Mesirake |
| 58. | AX9FHRMHJLAFX | YAOTA |

| No. | Online Marketplace |
|---|---|
| 1. | https://www.amazon.com/Machine-Launcher-Childrens-Outdoor-Birthday/dp/B09ZP13STD/ref=sr_1_258?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784248&sprefix=%2Caps%2C248&sr=8-258 |
| 2. | https://www.amazon.com/Colorful-Machine-Activity-Electric-Automatic/dp/B0B39Q132S/ref=sr_1_118?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784129&sprefix=%2Caps%2C248&sr=8-118 |
| 3. | https://www.amazon.com/Gun-Bazooka-Launcher-Colorful-Electric-Atmosphere/dp/B09VY5ZLFD/ref=sr_1_1?crid=2DMV2Z1LW2KNH&keywords=B09VY5ZLFD&qid=1668655170&sprefix=b09vy5zlfd%2Caps%2C371&sr=8-1&th=1 |
| 4. | https://www.amazon.com/Bubble-Machine-Bazooka-Solution-Bubbles/dp/B0B45TBQS1/ref=sr_1_34?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-34 |
| 5. | https://www.amazon.com/Machine-Bottles-Launcher-Outdoor-Wedding/dp/B0B49GT24P/ref=sr_1_70_mod_primary_new?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=%2Caps%2C248&sr=8-70 |
| 6. | https://www.amazon.com/Bazooka-Machine-Launcher-Oversized-Activities/dp/B0B4PNRJF4/ref=sr_1_104?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784129&sprefix=%2Caps%2C248&sr=8-104 |
| 7. | https://www.amazon.com/Star-Lion-Machine-Colorful-Childrens/dp/B0B2JRJ3RB/ref=sr_1_49?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667887920&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-49 |

| | |
|---|---|
| 8. | https://www.amazon.com/HHHJ-Bubble-Blowers-Machine-Colorful/dp/B09YY213QB/ref=sr_1_287?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-287 |
| 9. | https://www.amazon.com/Machine-Colorful-Solution-Toddlers-Birthday/dp/B0BF3NGLS1/ref=sr_1_29?crid=2NMY86PD5G30U&keywords=bazooka+bubble+gun&qid=1670378524&s=toys-and-games&sprefix=baz%2Ctoys-and-games%2C393&sr=1-29 |
| 10. | https://www.amazon.com/Machine-Bubbles-Launcher-Colorful-Wedding/dp/B0B79KDG6R/ref=sr_1_1?crid=DEKQPT62EFW9&keywords=B0B79KDG6R&qid=1668653942&sprefix=b0b79kdg6r%2Caps%2C358&sr=8-1 |
| 11. | https://www.amazon.com/Upgraded-Bubble-Gun-Colorful-Automatic/dp/B0B6B3N333/ref=sr_1_175?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-175 |
| 12. | https://www.amazon.com/Upgraded-Gun%EF%BC%8CBazooka-Colorful-Adults%EF%BC%8CSummer-Birthday/dp/B0B5QKW144/ref=sr_1_138?crid=2NMY86PD5G30U&keywords=bazooka+bubble+gun&qid=1670378587&s=toys-and-games&sprefix=baz%2Ctoys-and-games%2C393&sr=1-138 |
| 13. | https://www.amazon.com/Doefo-Bubble-Machine-Outdoor-Rocket/dp/B0B1T4Q6YQ/ref=sr_1_231?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888175&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-231 |
| 14. | https://www.amazon.com/Bubble-Gun-Machine-Activities-Automatic/dp/B0B7P6Q3PD/ref=sr_1_110?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784129&sprefix=%2Caps%2C248&sr=8-110 |
| 15. | https://www.amazon.com/DIY-RESIN-Bubble-Machine-Launcher/dp/B0B56BB5VZ/ref=sr_1_64?crid=2NMY86PD5G30U&keywords=bazooka+bubble+gun&qid=1670378571&s=toys-and-games&sprefix=baz%2Ctoys-and-games%2C393&sr=1-64 |
| 16. | https://www.amazon.com/FitBest-Automatic-Solution-Electric-Outdoors/dp/B09WHNV9L2/ref=sr_1_173?crid=1DUW952VMZ6K1&keywords=69+bubble+gun&qid=1670379058&s=toys-and-games&sprefix=69+bubble+gun%2Ctoys-and-games%2C1109&sr=1-173 |
| 17. | https://www.amazon.com/Holes-Bubble-Girls-Bottles-Liquid/dp/B0B1YDPPK5/ref=sr_1_193?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-193 |
| 18. | https://www.amazon.com/HAFBBXC-Upgraded-Machine-69-Hole-Bubbles/dp/B09ZB2Q2TR/ref=sr_1_141?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784129&sprefix=%2Caps%2C248&sr=8-141 |
| 19. | https://www.amazon.com/HONGWANG-Upgraded-Colorful-Solution-Activity/dp/B0BDGC44SF/ref=sr_1_241?crid=TZ1CEJUFPCQD&keywords=69- |

|  |  |
|---|---|
|  | Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-241 |
| 20. | https://www.amazon.com/WeiDu77-Machine-Electric-Automatic-Colorful/dp/B0B31DV98R/ref=sr_1_94?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-94 |
| 21. | https://www.amazon.com/sspa/click?ie=UTF8&spc=MTo0ODc0NDA2OTk5NjU4MDAxOjE2Njc4ODgwODQ6c3BfbXRmOjIwMDA4NzgwMTcxMDA5ODo6MDo6&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&url=%2FPitpat-Holes-Bazooka-Bubble-Gun%2Fdp%2FB0B21585N3%2Fref%3Dsr_1_106_sspa%3Fcrid%3DTZ1CEJUFPCQD%26keywords%3D69-Hole%2BBubble%2BMachine%26qid%3D1667888084%26sprefix%3D69-hole%2Bbubble%2Bmachine%252Caps%252C373%26sr%3D8-106-spons%26psc%3D1%26smid%3DA25DK2MEFPI9ZY |
| 22. | https://www.amazon.com/Machine-Colorful-Automatic-Activity-Activities/dp/B0B5274KPJ/ref=sr_1_127?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888084&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-127 |
| 23. | https://www.amazon.com/Blowing-Electric-Tightness-Colorful-Birthday/dp/B09YHWWD1T/ref=sr_1_1?crid=H92UGLIJ8K0I&keywords=B09YHWWD1T&qid=1668654984&sprefix=b09yhwwd1t%2Caps%2C318&sr=8-1&th=1 |
| 24. | https://www.amazon.com/Bubble-Bazooka-Machine-Light-Purple/dp/B0B5T6P7SL/ref=sr_1_57?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-57 |
| 25. | https://www.amazon.com/Machine-Popular-Childrens-Children-Playing/dp/B0B4P6FSQH/ref=sr_1_95?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-95 |
| 26. | https://www.amazon.com/sspa/click?ie=UTF8&spc=MTo0MDk0OTIwMTM2NjA1MjA3OjE2Njc3ODQwNjA6c3BfYXRmOjIwMDA5OTkxOTkwMTI5ODo6MDo6&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&url=%2FPitpat-Holes-Bazooka-Bubble-Gun%2Fdp%2FB0B1ZXPBVL%2Fref%3Dsr_1_1_sspa%3Fcrid%3D1JMCR29GU2MW7%26keywords%3Dbubble%2Bgun%2B69%26qid%3D1667784060%26sprefix%3D%252Caps%252C248%26sr%3D8-1-spons%26psc%3D1%26smid%3DA2PPS4TKBDQH28 |
| 27. | https://www.amazon.com/69-Hole-Outdoor-Activity-Electric-Automatic/dp/B09TS9LCGG/ref=sr_1_1?crid=3GUEHESVNE6UI&keywords=B09TS9LCGG&qid=1668655221&sprefix=b09ts9lcgg%2Caps%2C281&sr=8-1&th=1 |
| 28. | https://www.amazon.com/69-Hole-Outdoor-Activity-Electric-Automatic/dp/B0B2PDKCV6/ref=sr_1_30?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-30 |
| 29. | https://www.amazon.com/TTPL-Machine-Machine-Guns-Colorful-Birthday/dp/B0B4C9NKK2/ref=sr_1_211?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888175&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-211 |
| 30. | https://www.amazon.com/FAMURE-Machine-Gatling-Automatic-Holidays/dp/B0B49Y7GR8/ref=sr_1_260?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-260 |
| 31. | https://www.amazon.com/Hoolicute-Upgrade-Colorful-Birthday-Activity/dp/B09ZKC757S/ref=sr_1_191?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-191 |

| | |
|---|---|
| 32. | https://www.amazon.com/Machine%EF%BC%8C2022-Upgraded-Colorful-Lights%EF%BC%8CBazooka-Activity/dp/B0B35NTTTY/ref=sr_1_157?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-157 |
| 33. | https://www.amazon.com/Bazooka-Launcher-Outdoors-Activity-Birthday/dp/B09YHW38DP/ref=sr_1_84?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-84 |
| 34. | https://www.amazon.com/Big-Rocket-Boom-Bubble-Blower/dp/B09WV4H4PZ/ref=sr_1_9?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-9 |
| 35. | https://www.amazon.com/Bazooka-Colorful-Solution-Machine-Outdoor/dp/B0B6BD2D8T/ref=sr_1_54?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-54 |
| 36. | https://www.amazon.com/Aiend-Electric-Machine-Outdoor-Function/dp/B09YCN4N9D/ref=sr_1_293?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888278&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-293 |
| 37. | https://www.amazon.com/pimelu-Children-Hand-held-Electric-Birthday/dp/B09VGR7WZ5/ref=sr_1_297?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888278&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-297 |
| 38. | https://www.amazon.com/pimelu-Children-Hand-held-Electric-Birthday/dp/B09VGR7WZ5/ref=sr_1_297?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888278&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-297 |
| 39. | https://www.amazon.com/CeFurisy-Function-Electric-Automatic-Holidays/dp/B0B4645R8V/ref=sr_1_230?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888175&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-230 |
| 40. | https://www.amazon.com/Electric-Machine-Colorful-Launcher-Solution/dp/B0B2D6CNNF/ref=sr_1_186?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-186 |
| 41. | https://www.amazon.com/Drfeify-Children-Portable-Activity-Birthday/dp/B0BKJYRW39/ref=sr_1_146?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888084&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-146 |
| 42. | https://www.amazon.com/Bazooka-Colorful-Machine-Outdoor-Birthday/dp/B0B41ZFGS7/ref=sr_1_75?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-75 |
| 43. | https://www.amazon.com/Machine-Children-Hand-held-Electric-Christmas/dp/B0BC9FSGRX/ref=sr_1_275?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-275 |

| | |
|---|---|
| 44. | https://www.amazon.com/Bubble-Gun-Colorful-Solution-Automatic/dp/B0B1MB6P5Z/ref=sr_1_12?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-12 |
| 45. | https://www.amazon.com/69-Hole-Outdoor-Activity-Electric-Automatic/dp/B09Y59F621/ref=sr_1_23?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-23 |
| 46. | https://www.amazon.com/Bazooka-Colorful-Electric-Automatic-Birthday/dp/B09ZXBQMDM/ref=sr_1_194?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784171&sprefix=%2Caps%2C248&sr=8-194 |
| 47. | https://www.amazon.com/2022-Bubble-Machine-Kids-Automatic/dp/B09WDH2NPH/ref=sr_1_259?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-259 |
| 48. | https://www.amazon.com/sspa/click?ie=UTF8&spc=MTo4NTI2MTg2MjUyNjkxNTk4OjE2Njc4ODgxMjc6c3BfYXRmX25leHQ6MjAwMDkzMjQzNTY0Njk4OjowOjo&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGZfbmV4dA&url=%2FBubble-Gun-Upgraded-Colorful-Launcher%2Fdp%2FB0B5Y47MV2%2Fref%3Dsr_1_147_sspa%3Fcrid%3DTZ1CEJUFPCQD%26keywords%3D69-Hole%2BBubble%2BMachine%26qid%3D1667888127%26sprefix%3D69-hole%2Bbubble%2Bmachine%252Caps%252C373%26sr%3D8-147-spons%26psc%3D1 |
| 49. | https://www.amazon.com/Machine-Colorful-Bubbles-Automatic-Toddlers/dp/B0B2JRXZVM/ref=sr_1_68?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-68 |
| 50. | https://www.amazon.com/69-Hole-Rainbow-Automatic-Children-Playhouse/dp/B09TK649ZV/ref=sr_1_2?crid=2K1AFTUJDZACX&keywords=B09TK649ZV&qid=1668655293&sprefix=b09tk72dq6%2Caps%2C354&sr=8-2 |
| 51. | https://www.amazon.com/Lasilia-Machine-Bubbles-Outside-Outdoor/dp/B09WDWVPPG/ref=sr_1_53?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784060&sprefix=%2Caps%2C248&sr=8-53 |
| 52. | https://www.amazon.com/Machine-Colorful-Electric-Blaster-Childrens/dp/B0B1V9DN4D/ref=sr_1_296?crid=TZ1CEJUFPCQD&keywords=69-Hole+Bubble+Machine&qid=1667888278&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-296 |
| 53. | https://www.amazon.com/gp/slredirect/picassoRedirect.html/ref=pa_sp_atf_next_toys-and-games_sr_pg8_1?ie=UTF8&adId=A07819271ABPWI5ZHDLY4&qualifier=1670379058&id=7469308799800618&widgetName=sp_atf_next&url=%2FCraft-Spot-Electric-Automatic-Colorful%2Fdp%2FB0B3MLLYWP%2Fref%3Dsr_1_170_sspa%3Fcrid%3D1DUW952VMZ6K1%26keywords%3D69%2Bbubble%2Bgun%26qid%3D1670379058%26s%3Dtoys-and-games%26sprefix%3D69%2Bbubble%2Bgun%252Ctoys-and-games%252C1109%26sr%3D1-170-spons%26psc%3D1 |
| 54. | https://www.amazon.com/Bubble-Bazooka-Machine-Light-Purple/dp/B0B5T6P7SL/ref=sr_1_57?crid=1JMCR29GU2MW7&keywords=bubble+gun+69&qid=1667784091&sprefix=%2Caps%2C248&sr=8-57 |
| 55. | https://www.amazon.com/Bubble-Rocket-Machine-Automatic-Electric/dp/B09Y8LWY1N/ref=sr_1_1?crid=2EAMVE9V43JVP&keywords=B09Y8LWY1N&qid=1668655024&sprefix=b09y8lwy1n%2Caps%2C303&sr=8-1&th=1 |
| 56. | https://www.amazon.com/Machine-Solution-Electric-Rechargeable-Activity/dp/B0B3CQV9Q3/ref=sr_1_262?crid=TZ1CEJUFPCQD&keywords=69- |

|     |     |
| --- | --- |
|     | Hole+Bubble+Machine&qid=1667888228&sprefix=69-hole+bubble+machine%2Caps%2C373&sr=8-262 |
| 57. | https://www.amazon.com/69-Hole-Machine-Electric-Automatic-Outdoor/dp/B09Z2GB6YQ/ref=sr_1_1?crid=2L8J5VW7YHT0C&keywords=B09Z2GB6YQ&qid=1668654879&sprefix=b09z2gb6yq%2Caps%2C372&sr=8-1&th=1 |
| 58. | https://www.amazon.com/Machine-69-Hole-Activity-Electric-Automatic/dp/B09ZF995WS/ref=sr_1_528?crid=1DUW952VMZ6K1&keywords=69+bubble+gun&qid=1670379138&s=toys-and-games&sprefix=69+bubble+gun%2Ctoys-and-games%2C1109&sr=1-528 |