UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60278-CIV-SMITH

HUANKAI GAO

                Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations Identified On
Schedule "A,"

                Defendants.         /

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Huankai Gao, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant OUKEYI without prejudice.

Dated February 25, 2025.                     Respectfully submitted,

                                                      /s/ Andrew J. Palmer
                                                      Andrew J. Palmer
                                                      Palmer Law Group
                                                      5353 N. Federal Highway, Suite 402
                                                      Fort Lauderdale, FL 33065
                                                      954-491-1997 (facsimile)
                                                      ajpalmer@palmerlawgroup.com
                                                      ***Attorney for Plaintiff***

1